```
Ted Wolny, Esq. SBN: 119113
P.O. Box 3579
San Leandro, CA 94578
Phone: 510-357-4300
Fax: 510-225-1745

Proposed Attorney For Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LAURA ANN GENS

        Debtor

CASE NO. 12-56055 CN

SUBSTITUTION OF ATTORNEY

_____/

1. The name of the party making this Substitution of Attorney is Laura Ann Gens:

2. The name, address and telephone number of the New Attorney are:

    Ted Wolny
    P.O. Box 3579
    San Leandro, CA 94578
    510.357.4300

3. New Attorney hereby appears in the following matters: The entire case.

4. The New Attorney is substituted as attorney of record in place and stead of the Debtor Pro Se; Laura Ann Gens.

1 | Dated:

_____
Laura Ann Gens
I consent to the above substitution.

4 | Dated:

_____
Ted Wolny, Attorney
I am duly admitted to practice in this district.
The above substitution is accepted.