

**The following constitutes
the order of the court. Signed September 20, 2012**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

LAURA ANN GENS,

    Debtor.

Case No. 12-56055 CN
Chapter 11

**ORDER DENYING DEBTOR'S MOTION FOR EXTENSION OF THE AUTOMATIC STAY**

On September 14, 2012 the Court conducted a hearing on Debtor's Motion for Extension of the Automatic Stay (the "Motion"). Appearances were stated on the record. For reasons stated on the record,

**IT IS HEREBY ORDERED** that the Motion is denied.

* * * **END OF ORDER** * * *

## COURT SERVICE LIST

Laura Ann Gens
4141 Old Trace Road
Palo Alto, CA 94306

2

**ORDER DENYING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY**
Case: 12-56055    Doc# 30    Filed: 09/20/12    Entered: 09/20/12 11:19:28    Page 2 of 2