Ted Wolny, Esq. SBN: 119113
P.O.Box 3579
San Leandro, CA 94578
Phone: 510-357-4300
Fax: 510-225-1745
Attorney For Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA ANN GENS,<br><br>    DEBTOR, | CASE NO. 12-56055CN-11<br><br>**DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE**<br><br>Date of Hearing: November 9, 2012<br>Time of Hearing: 2:00 pm.<br>**Courtroom 3070 of Judge Novack** |

    Debtor, Laura Gens, hereby moves the Court pursuant to 11 U.S.C. § 1112 of the Bankruptcy Code for an order dismissing this Chapter 11 case and in support of the motion states:

Background Facts

1. On September 20, 2012, this Court denied Debtor's motion for extension of the automatic stay.

2. There are no unsecured creditors.

Memorandum of Law

    Upon the motion of a party in interest, the court shall dismiss or convert a Chapter 11 case for "cause," absent unusual circumstances. 11 U.S.C. § 1112(b). Section 1112(b) of the Bankruptcy Code sets forth a non-exclusive list of 16 actions that constitute "cause." See also H. Rep. 595, 95th Cong., 1st Sess. 406 (1977) ("The list is not exhaustive. The court will be able to consider other facts as they arise, and to use its equitable powers to reach an appropriate result in

individual cases."); In re Mechanical Maintenance, Inc., 128 B.R. 382, 386 (E.D. Pa. 1991) (same).

Dated: October 3, 2012

/s/ Ted Wolny, Esq.

Attorney for Debtor

CERTIFICATE AND PROOF OF SERVICE BY FIRST CLASS MAIL

I am a citizen of the United States and reside in Santa Clara County, California. I am over the age of eighteen years and not a party to the within entitled action. On October 3, 2012 I caused the following document(s)

**DEBTOR'S MOTION FOR DISMISSAL OF CHAPTER 11 CASE**

to be sent by first class mail postage prepaid to the attorneys listed the bankruptcy petition file:

Ryan M. Davies, The Wolf Firm, 2955 Main Street, Second Floor, Irvine, Ca fax number 949-608-0129 email: ryan.davies@wolffirm.com ; and
Matthew J. Pero, Anglin et al. 199 S. Los Robles Ave Suite 600, Pasadena, CA 91101 email: mpero@afrct.com ;

And the US Trustee Emily S. Keller, at the Trustee's office at 280 South First Street, San Jose, CA 95113 before 1 p.m. on September 12, 2012. [Emily.S.Keller@usdoj.gov] ;

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 3, 2012.

*Julia Gens* (signature)

Julia Gens

- 2 -