

**The following constitutes
the order of the court. Signed October 4, 2012**

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 12-56055 CN |
|---|---|
| LAURA ANN GENS, | Chapter 11 |
| Debtor. | **ORDER DISMISSING CHAPTER 11 CASE** |

For the reasons stated on the record, the Chapter 11 case is dismissed.

**\* \* \* END OF ORDER \* \* \***

1

**COURT SERVICE LIST**

Laura Ann Gens
4141 Old Trace Road
Palo Alto, CA 94306

**ORDER DISMISSING CHAPTER 11 CASE**